In the Matter of CITINEIGHBORS COALITION OF HISTORIC CAR-
NEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS
PRESERVATION COMMISSION et al., Respondents.

Submitted December 22, 2003; decided January 8, 2004

Motion to enlarge the record on appeal denied.

LARISA FORSTER, Appellant, v CITY OF NEW YORK et al., Respon-
dents, et al., Defendant.

Submitted December 11, 2003; decided January 8, 2004

Motion, insofar as it seeks leave to appeal from that part of
the Appellate Division order that affirmed Supreme Court's or-
der denying appellant's cross motion for leave to amend the
complaint, dismissed upon the ground that such portion of the
order does not finally determine the action within the meaning
of the Constitution; motion for leave to appeal otherwise denied.